REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | Check number: 1800 | Pay Period: 04/20/2013 - 04/26/2013 | Pay Date: 05/02/2013 |
|---|---|---|---|

**Employee** | **SSN**
STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | ***-**-3778

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 19,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -600.00 |
| Social Security Employee | -68.20 | -1,227.60 |
| Medicare Employee | -15.95 | -287.10 |
| NY - Withholding | -32.56 | -586.08 |
| NY - Disability Employee | -1.20 | -21.60 |
| | -150.91 | -2,722.38 |

| Net Pay | 949.09 | 17,077.62 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

**Employee Pay Stub**   Check number: 1830   Pay Period: 04/27/2013 - 05/03/2013   Pay Date: 05/08/2013

**Employee**   SSN
STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725   ***-**-3778

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 20,900.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -633.00 |
| Social Security Employee | -68.20 | -1,295.80 |
| Medicare Employee | -15.95 | -303.05 |
| NY - Withholding | -32.56 | -618.64 |
| NY - Disability Employee | -1.20 | -22.80 |
| | -150.91 | -2,873.29 |

| Net Pay | 949.09 | 18,026.71 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

**Employee Pay Stub**   Check number: 1845   Pay Period: 05/05/2013 - 05/11/2013   Pay Date: 05/15/2013

**Employee**   SSN
STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725   ***-**-3778

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 22,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -666.00 |
| Social Security Employee | -68.20 | -1,364.00 |
| Medicare Employee | -15.95 | -319.00 |
| NY - Withholding | -32.56 | -651.20 |
| NY - Disability Employee | -1.20 | -24.00 |
| | -150.91 | -3,024.20 |

| Net Pay | 949.09 | 18,975.80 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

**Employee Pay Stub**    Check number: 1960    Pay Period: 05/11/2013 - 05/18/2013    Pay Date: 05/23/2013

**Employee**    SSN
STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725    ***-**-3778

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 23,100.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -699.00 |
| Social Security Employee | -68.20 | -1,432.20 |
| Medicare Employee | -15.95 | -334.95 |
| NY - Withholding | -32.56 | -683.76 |
| NY - Disability Employee | -1.20 | -25.20 |
| | -150.91 | -3,175.11 |

**Net Pay**    949.09    19,924.89

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | | Check number: 1994 | | | | Pay Period: 05/25/2013 - 05/31/2013 | Pay Date: 06/06/2013 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | | SSN | |
| STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | | | | | | ***-**-3778 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 25,300.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -765.00 |
| Social Security Employee | -68.20 | -1,568.60 |
| Medicare Employee | -15.95 | -366.85 |
| NY - Withholding | -32.56 | -748.88 |
| NY - Disability Employee | -1.20 | -27.60 |
| | -150.91 | -3,476.93 |

| Net Pay | 949.09 | 21,823.07 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | | Check number: 1973 | | | Pay Period: 05/18/2013 - 05/24/2013 | Pay Date: 05/30/2013 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | | | | | ***-**-3778 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 24,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -732.00 |
| Social Security Employee | -68.20 | -1,500.40 |
| Medicare Employee | -15.95 | -350.90 |
| NY - Withholding | -32.56 | -716.32 |
| NY - Disability Employee | -1.20 | -26.40 |
| | -150.91 | -3,326.02 |

| Net Pay | 949.09 | 20,873.98 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | | Check number: 2014 | | | Pay Period: 06/01/2013 - 06/07/2013 | Pay Date: 06/13/2013 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | | | | | ***-**-3778 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 26,400.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -798.00 |
| Social Security Employee | -68.20 | -1,636.80 |
| Medicare Employee | -15.95 | -382.80 |
| NY - Withholding | -32.56 | -781.44 |
| NY - Disability Employee | -1.20 | -28.80 |
| | -150.91 | -3,627.84 |

| Net Pay | 949.09 | 22,772.16 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | | Check number: 2024 | | Pay Period: 06/08/2013 - 06/14/2013 | Pay Date: 06/18/2013 |
|---|---|---|---|---|---|

| Employee | SSN |
|---|---|
| STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | ***-**-3778 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 27,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -831.00 |
| Social Security Employee | -68.20 | -1,705.00 |
| Medicare Employee | -15.95 | -398.75 |
| NY - Withholding | -32.56 | -814.00 |
| NY - Disability Employee | -1.20 | -30.00 |
| | -150.91 | -3,778.75 |

| Net Pay | 949.09 | 23,721.25 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | | Check number: 2044 | | | Pay Period: 06/15/2013 - 06/21/2013 | Pay Date: 06/27/2013 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | | | | | ***-**-3778 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 28,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -864.00 |
| Social Security Employee | -68.20 | -1,773.20 |
| Medicare Employee | -15.95 | -414.70 |
| NY - Withholding | -32.56 | -846.56 |
| NY - Disability Employee | -1.20 | -31.20 |
| | -150.91 | -3,929.66 |

| Net Pay | 949.09 | 24,670.34 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | Check number: 2050 | Pay Period: 06/22/2013 - 06/28/2013 | Pay Date: 07/02/2013 |
|---|---|---|---|
| **Employee** | | SSN / Status (Fed/State) | Allowances/Extra |
| STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | | ***-**-3778  Married/Married | Fed-3/0/NY-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 29,700.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -897.00 |
| Social Security Employee | -68.20 | -1,841.40 |
| Medicare Employee | -15.95 | -430.65 |
| NY - Withholding | -32.56 | -879.12 |
| NY - Disability Employee | 0.00 | -31.20 |
| | -149.71 | -4,079.37 |

| Net Pay | 950.29 | 25,620.63 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | Check number: 2050 | Pay Period: 06/22/2013 - 06/28/2013 | Pay Date: 07/02/2013 |
|---|---|---|---|

| Employee | SSN |
|---|---|
| STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | ***-**-3778 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 29,700.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -897.00 |
| Social Security Employee | -68.20 | -1,841.40 |
| Medicare Employee | -15.95 | -430.65 |
| NY - Withholding | -32.56 | -879.12 |
| NY - Disability Employee | 0.00 | -31.20 |
| | -149.71 | -4,079.37 |

| Net Pay | 950.29 | 25,620.63 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753

REPAVE INC.
255 VISTA DRIVE
Jericho, NY 11753

STEPHEN J CATALANO
48 FULTON BLVD
COMMACK, NY 11725

| Employee Pay Stub | Check number: 2080 | Pay Period: 07/06/2013 - 07/12/2013 | Pay Date: 07/18/2013 |
|---|---|---|---|
| Employee | | SSN / Status (Fed/State) | Allowances/Extra |
| STEPHEN J CATALANO, 48 FULTON BLVD, COMMACK, NY 11725 | | ***-**-3778  Married/Married | Fed-3/0/NY-3/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,100.00 | 31,900.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -33.00 | -963.00 |
| Social Security Employee | -68.20 | -1,977.80 |
| Medicare Employee | -15.95 | -462.55 |
| NY - Withholding | -32.56 | -944.24 |
| NY - Disability Employee | 0.00 | -31.20 |
| | -149.71 | -4,378.79 |

| Net Pay | 950.29 | 27,521.21 |
|---|---|---|

REPAVE INC., 255 VISTA DRIVE, Jericho, NY 11753